No. 852. SCOTT *v*. RKO RADIO PICTURES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert W. Kenny* and *Charles J. Katz* for petitioner. *Irving M. Walker* for respondent.

No. 825. FISHMAN *v*. UNITED STATES. C. A. 3d Cir. Certiorari denied. *George D. Kline* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 440, Misc. JAKALSKI *v*. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 520, Misc. ALM *v*. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 523, Misc. HOLLOMAN *v*. JARNAGIN, CHAIRMAN, BOARD OF VETERAN'S APPEALS. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for respondent.

No. 562, Misc. DUNN *v*. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 571, Misc. KENDALL *v*. ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.